**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LEAH WEST, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-                                              23 **CIVIL** 2961 (CS)

**JUDGMENT**

SAMBAZON, INC., and ECOCERT USA,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2024, Defendants' motions to dismiss for failure to state a claim are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 26, 2024

                                                    **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                           **BY:**      *K. Mango*

                                                        **Deputy Clerk**